In the Matter of DEMETRIUS LOVING, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [21 NYS3d 670]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered June 11, 2015) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEANA M. MRZYGUT, Appellant. [21 NYS3d 670]—Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered June 6, 2014. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of driving while intoxicated as a class E felony (Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [c] [i]). "The valid waiver by defendant of [her] right to appeal encompasses [her] challenge to the severity of the sentence and also 'includes waiver of the right to invoke [this Court's] interest-of-justice jurisdiction' " (*People v Keiser*, 38 AD3d 1254, 1254 [2007], *lv denied* 9 NY3d 877 [2007], *reconsideration denied* 9 NY3d 991 [2007], quoting *People v Lopez*, 6 NY3d 248, 255 [2006]). Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.